NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KYD, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**POLYETHYLENE RETAIL CARRIER BAG COMMITTEE, HILEX POLY CO., LLC,** AND **SUPERBAG CORPORATION,**
*Defendants-Cross-Appellants.*

---

2012-1533, -1534

---

Appeal from the United States Court of International Trade in No. 09-CV-0034, Judge Donald C. Pogue.

---

**JUDGMENT**

---

DAVID J. CRAVEN, Riggle & Craven, of Chicago, Illinois, argued for plaintiff-appellant.

ALEXANDER V. SVERDLOV, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, PATRICIA M. MCCARTHY, Assistant Director, and CARRIE A. DUNSMORE, Trial Attorney. Of counsel on the brief was SCOTT D. MCBRIDE, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

DANIEL L. SCHNEIDERMAN, King & Spalding, LLP, of Washington, DC, argued for defendants-cross appellants. With him on the brief was STEPHEN A. JONES.

––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, PLAGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 29, 2013       /s/ Jan Horbaly
   Date              Jan Horbaly
                       Clerk